NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TERRY COLLINS, )
 )
 Appellant, )
 )
v. ) Case No. 2D18-2635
 )
STATE OF FLORIDA, )
 )
 Appellee. )
_____ )

Opinion filed January 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Mark R. Wolfe,
Judge.

Terry Collins, pro se.


PER CURIAM.

Affirmed.  See Martinez v. State, 211 So. 3d 989 (Fla. 2017); Tucker v. State, 726 So. 2d 768 (Fla. 1999); Collins v. State, 174 So. 3d 1002 (Fla. 2d DCA 2015) (table decision); Collins v. State, 121 So. 3d 1043 (Fla. 2d DCA 2012) (table decision); Howard v. State, 11 So. 3d 967 (Fla. 2d DCA 2008); Pratte v. State, 946 So. 2d 1184 (Fla. 2d DCA 2006); Daniel v. State, 935 So. 2d 1240 (Fla. 2d DCA 2006); Collins v. State, 800 So. 2d 660 (Fla. 2d DCA 2001); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000); Lane v. State, 996 So. 2d 226 (Fla. 4th DCA 2008).


CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.